IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Tyrone Edward James, #HC11021611321, | ) ) ) | C/A No.: 1:19-152-JMC-SVH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| Officer Jordan; Officer Piocci; Officer Naroquin; Officer Rarco; Officer Smalls; Officer Anderson; Officer Hemberger; Officer Brown; Officer Smith; Officer Moultrie; Officer Atwood; Officer Castellano; Officer Austin; Officer Kennedy; in their official capacities, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Plaintiff, proceeding pro se, brought this action alleging violations of his constitutional rights by defendants. On May 20, 2019, Defendants[1] filed a motion to dismiss. [ECF No. 31]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of the motions and of the need for him to file adequate responses by June 21, 2019. [ECF No. 33]. Plaintiff was specifically advised that if he failed to respond adequately, the motion may be granted.

---

[1] Plaintiff originally sued additional defendants, but they were dismissed from this case by order of the Honorable Michelle J. Childs, United States District Judge, on June 12, 2019. [ECF No. 36].

Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to Defendants' motion. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to the motion to dismiss by July 8, 2019. Plaintiff is further advised that if he fails to respond, the undersigned will recommend that this action be dismissed for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

June 24, 2019
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge