# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Tyrone Edward James,<br>*Plaintiff*<br>v.<br>Officer Jordan *in their official capacity*; Officer Piocci *in their official capacity*; Officer Naroquin *in their official capacity*; Officer Rarco *in their official capacity*; Officer Smalls *in their official capacity*; Officer Anderson *in their official capacity*; Officer Hemberger *in their official capacity*; Officer Brown *in their official capacity*; Officer Smith *in their official capacity*; Officer Moultrie *in their official capacity*; Officer Atwood *in their official capacity*; Officer Castellano *in their official capacity*; Officer Austin *in their official capacity*; Officer Kennedy *in their official capacity*,<br>*Defendants* | Civil Action No.  1:19-cv-00152-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Tyrone Edward James, shall take nothing of the defendants, Officer Jordan *in their official capacity*, Officer Piocci *in their official capacity*, Officer Naroquin *in their official capacity*, Officer Rarco *in their official capacity*, Officer Smalls *in their official capacity*, Officer Anderson *in their official capacity*, Officer Hemberger *in their official capacity*, Officer Brown *in their official capacity*, Officer Smith *in their official capacity*, Officer Moultrie *in their official capacity*, Officer Atwood *in their official capacity*, Officer Castellano *in their official capacity*, Officer Austin *in their official capacity* and Officer Kennedy *in their official capacity*, and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable J. Michelle Childs, United States District Judge, presiding, accepting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint for failure to prosecute.

Date:   January 24, 2020                                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                        s/L. Baker

                                                                                        *Signature of Clerk or Deputy Clerk*